IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DANIEL NICK KEHAGIAS, | ) | |
|     Plaintiff, | ) | |
| v. | ) | 1:11CV1133 |
| | ) | |
| GLOCK, INC., | ) | |
|     Defendant. | ) | |

ORDER

BEATY, District Judge.

This matter is before the Court on a Recommendation of the United States Magistrate Judge recommending that Defendant's Motion for Summary Judgment be granted. The Recommendation was filed on July 18, 2013, and notice was served on the parties pursuant to 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by § 636. In the absence of objections, this Court reviews the Recommendation only for clear error. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005); Fed. R. Civ. P. 72 advisory committee's note. The Court has appropriately reviewed the Recommendation. Having done so, the Court finds that no clear error exists and the Recommendation should be adopted. The Magistrate Judge's Recommendation [Doc. #27] is therefore affirmed and adopted for the reasons set forth therein.

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment [Doc. #20] is GRANTED and this case is DISMISSED. A Judgment will be entered contemporaneously herewith.

This, the 16th day of August, 2013.

/s/ James A. Beaty
United States District Judge